IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| MICHAEL CONKLIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 122-093 |
| | ) | |
| JERRY LEONARD, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

For the reasons stated on the record during the September 1, 2023 motion hearing by telephone, the Court **GRANTS** the motion to compel filed by Defendant Clay Whittle. (Doc. no. 28.) The Court **ORDERS** Plaintiff to answer, sign, and serve his responses to the discovery identified in the motion to compel within fourteen days of the date of this Order. On the fifteenth day, Plaintiff's counsel shall file a notice on the docket as to the status of the discovery production.  Failure to comply with the terms of this Order shall constitute contempt and be punishable by the full panoply of sanctions available under Fed. R. Civ. P. 37(b), including dismissing the case, prohibiting Plaintiff from supporting or opposing designated claims or defenses or introducing designated matters into evidence, as well as striking pleadings in whole or part, and ordering payment of reasonable expenses caused by the failure to comply.  See Fed. R. Civ. P. 37(b)(2)(A), (C); see also Cox v. Am. Cast Iron Pipe Co., 784 F.2d 1546, 1556 (11th Cir. 1986) (explaining dismissal of a claim may be

ordered if noncompliance with discovery order due to willful or bad faith disregard of such order).

To ensure sufficient time to complete discovery upon compliance with this Order, the Court also **GRANTS** the motion for extension of case deadlines, (doc. no. 30), as follows:

| | |
|---|---|
| CLOSE OF DISCOVERY | December 7, 2023 |
| JOINT STATUS REPORT[1] | December 7, 2023 |
| LAST DAY FOR FILING CIVIL MOTIONS INCLUDING *DAUBERT* MOTIONS, but EXCLUDING MOTIONS IN LIMINE | January 8, 2024 |

All provisions of the prior Scheduling Orders, (doc. nos. 21, 23, 25, 27), not revised herein shall remain in full force and effect.

SO ORDERED this 1st day of September, 2023, at Augusta, Georgia.

*/s/ Brian K. Epps*
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1]On the date the discovery period expires, the parties shall file a Joint Status Report, found on the Court's website under Forms, Judge Epps - Instructions and Forms, Civil, Joint Status Report Form - for Judge Hall / Judge Epps.