IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| MICHAEL CONKLIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 122-093 |
| | ) | |
| JERRY LEONARD, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## REVISED SCHEDULING ORDER

Having considered the parties' Joint Motion for Extension of Time to Complete Discovery, the Court **GRANTS** the motion. (Doc. no. 41.) The revised schedule is as follows:

| | |
|---|---|
| CLOSE OF DISCOVERY | July 8, 2024 |
| JOINT STATUS REPORT[1] | July 8, 2024 |
| LAST DAY FOR FILING CIVIL MOTIONS INCLUDING *DAUBERT* MOTIONS, but EXCLUDING MOTIONS IN LIMINE | August 7, 2024 |

All provisions of the prior Scheduling Orders not revised herein shall remain in full force and effect. Given the multiple extensions granted in this case and in recognition of the need for timely and efficient resolution of this case, the Court expects that no further requests for extensions will be made absent compelling, unforeseen circumstances. Any such request for an extension must be directed to the presiding District Judge.

SO ORDERED this 8th day of March, 2024, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] On the date the discovery period expires, the parties shall file a Joint Status Report, found on the Court's website under Forms, Judge Epps - Instructions and Forms, Civil, Joint Status Report Form - for Judge Hall / Judge Epps.